**Order entered September 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01655-CV

**LULLY'S INC. D/B/A/ THE RIGHT ONE, Appellant**

**V.**

**MELANIE MATTOON, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03363**

## ORDER

The Court has before it appellant's September 13, 2013 agreed motion to extend abatement of appeal. The Court **GRANTS** the motion and **ORDERS** that this appeal remain abated for 180 days from the date of this order.

/s/    ELIZABETH LANG-MIERS
          JUSTICE